BENJAMIN B. WAGNER
United States Attorney
JOHN K. VINCENT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. S-02-357-KJM |
|---|---|
| Plaintiff, | ORDER UNSEALING CASE FILE |
| v. | |
| NIRMAL KUMAR DABEESING, | |
| Defendant. | |

In light of the government's response to the Court's Order to Show Cause, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the case file in the above-captioned action be and is hereby unsealed, including the government's pending motion to dismiss the Indictment and corresponding order.

IT IS SO ORDERED.

Dated: May 17, 2013

KIMBERLY J. MUELLER
United States District Judge

Order Unsealing Case File