1  BENJAMIN B. WAGNER
   United States Attorney
2  JOHN K. VINCENT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:02-CR-00357 KJM |
| Plaintiff, | **ORDER DISMISSING INDICTMENT** |
| v. | |
| NIRMAL KUMAR DABEESING, | |
| Defendant. | |

For the reasons set forth in the motion to dismiss filed by the United States, the charges against defendant **NIRMAL KUMAR DABEESING** in the pending Indictment are hereby DISMISSED, and any outstanding arrest warrant is recalled.

Dated: May 17, 2013.

_____
UNITED STATES DISTRICT JUDGE